IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MICHAEL HARRIS                    :        CIVIL ACTION
                                  :
          vs.                     :
                                  :
COMMONWEALTH OF PA STATE POLICE   :        NO 02-4009


**ORDER**


**AND NOW**, this 25th day of September, 2002, in view of

the Court's September 16, 2002 Order, **IT IS ORDERED** that

Defendant's Motion to Dismiss (Doc. No. 2) is **DISMISSED** as moot.

**BY THE COURT**



_____
John R. Padova            J.