IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL HARRIS                    :
                                  :     CIVIL ACTION
    v.                            :
                                  :     No. 02-4009
NORRISTOWN POLICE DEPARTMENT      :

**ORDER**

    **AND NOW**, this 30th day of January, 2003, **IT IS HEREBY ORDERED** that:

1. TRIAL in the above captioned case shall commence on April 8, 2003, in Courtroom 6-A, at 10:00 a.m.

2. A Final Pretrial Conference is scheduled for March 24, 2003, at 9:30 a.m.

                                        BY THE COURT:

                                        _____
                                        John R. Padova, J.